# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

DAMEON BRIDGES                                                         PLAINTIFF

v.                           No. 4:12CV00523 JLH

DOLGENCORP, LLC;
GIENA CANTERBERRY; JOE BRYANT;
and CATHERINE SEITER                                   DEFENDANTS

## **ORDER**

Without objection, plaintiff's motion to dismiss this action is GRANTED. Document #12. This action is hereby dismissed without prejudice. Each party shall bear that party's own costs and attorneys' fees.

IT IS SO ORDERED this 22nd day of January, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE